473 A.2d 682

Commonwealth v. Scott, Appellant.

Submitted October 7, 1983. Kenneth L. Mirsky, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.